# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ANTHONY DANIEL BENTON,<br><br>_Defendant(s)_ | ) ) ) ) ) ) ) )  Case No. 1:23-mj-73 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2020 - March 14, 2023__ in the city/county of __Manassas__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Child Pornography |

This criminal complaint is based on these facts:
SEE AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

McKenzie Hightower
_Printed name and title_

COREY J BOLSEI  Digitally signed by COREY J BOLSEI
Date: 2023.03.22 16:23:31 -04'00'
_Complainant's signature_

Corey Bolsei, HSI Special Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ _(specify reliable electronic means)_.

Date: 03/23/2023

City and state: Alexandria, Virginia

_William E. Fitzpatrick_
_Judge's signature_

Hon. William E. Fitzpatrick, U.S. Magistrate Judge
_Printed name and title_